THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   ROBERT M. REINOSKY,                          CASE NO. C14-1467-JCC

10                          Plaintiff,           ORDER AFFIRMING THE
                                                 COMMISSIONER
11          v.

12   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
13
                            Defendant.
14

15          The Court, after careful consideration of the Report and Recommendation of the

16   Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 20), the parties' briefing

17   (Dkt. Nos. 14, 18, and 19) and the balance of the record, does hereby find and ORDER:

18          1)      The Court ADOPTS the Report and Recommendation (Dkt. No. 20).

19          2)      The Commissioner's decision is AFFIRMED and this case is DISMISSED with

20                  prejudice.

21          3)      The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.
22

23          //

24          //

25          //

26          //

ORDER AFFIRMING THE COMMISSIONER
PAGE - 1

1    DATED this 7th day of July 2015.

2

3

4

5

6

7

8                                              John C. Coughenour
                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER AFFIRMING THE COMMISSIONER
PAGE - 2